# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

March 25, 2024

_____

ORAL ARGUMENT ACKNOWLEDGMENT
FOLLOW-UP NOTICE

_____

No.   23-1581,        Warren Balogh v. Commonwealth of Virginia
                      3:20-cv-00038-NKM

DUE:  March 28, 2024

Counsel for **appellee(s)** must file an **oral argument acknowledgement form** by the due date shown above. Noncompliance with the court's filing requirements may subject counsel to discipline pursuant to Local Rule 46(g).

/s/ NWAMAKA ANOWI, CLERK