# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

February 19, 2025

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fourth Circuit
1100 East Main Street
Room 501
Richmond, VA  23219

     Re:  Warren Balogh
           v. Chief Al Thomas, Jr., et al.
           No. 24-891
           (Your No. 23-1581)

Dear Clerk:

     The petition for a writ of certiorari in the above entitled case was filed on February 14, 2025 and placed on the docket February 19, 2025 as No. 24-891.

                             Sincerely,

                             **Scott S. Harris**, Clerk

                             by

                             Susan Frimpong
                             Case Analyst