# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

April 7, 2025

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fourth Circuit
1100 East Main Street
Room 501
Richmond, VA  23219

    Re:  Warren Balogh
          v. Chief Al Thomas, Jr., et al.
          No. 24-891
          (Your No. 23-1581)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

**Scott S. Harris**, Clerk